Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 07 1738<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| JIMMY BARNES, individually,<br>GLORIA BELTON, individually,<br>HELENE BERKMAN, individually,<br>CAROL CAMERON, individually,<br>JACQUELINE CANNON, individually,<br>STEPHEN CROOKE, individually,<br>HUGO HARBERS, JR., individually,<br>JACQUELINE HUNT, individually,<br>GERALD JONES, individually,<br>RONALD MASSECAR, on behalf of the Estate of PHYLLISANNE MASSECAR,<br>SABATINO MASUCCI, individually,<br>DELORES MOFFATT, individually,<br>DON MOFFATT, individually,<br>LINDA MOLLETTE, individually,<br>MAUREEN OLIVAREZ, individually,<br>ERNESTINE REDMOND, individually,<br>ANNE TOMKINSON, individually,<br>BRENDA WHITE, individually, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

Come now the Plaintiffs, JIMMY BARNES, GLORIA BELTON, HELENE BERKMAN, CAROL CAMERON, JACQUELINE CANNON, STEPHEN CROOKE, HUGO HARBERS, JR., JACQUELINE HUNT, GERALD JONES, RONALD MASSECAR ON BEHALF OF PHYILLISANNE MASSECAR, SABATINO MASUCCI, DELORES MOFFATT, DON MOFFATT, LINDA MOLLETTE, MAUREEN OLIVAREZ, ERNESTINE REDMOND, ANNE TOMKINSON, and BRENDA WHITE., and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: _____, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

_____
Hon. Charles R. Breyer
United States District Court